■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN STEVENS, Appellant. [744 NYS2d 739] —Appeal from a judgment of Oneida County Court (Dwyer, J.), entered May 28, 1999, convicting defendant upon his plea of guilty of criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo,* 91 NY2d 733, 737). Present—Pigott, Jr., P.J., Pine, Wisner, Scudder and Lawton, JJ.